# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYDIA BERNABE, D/B/A L & M
RESIDENTIAL CARE FACILITY I,
                    Appellant,
            vs.
ESTATE OF JEANETTE WEINAND,
DECEASED; KAREN PERRY, AS
SPECIAL ADMINISTRATOR FOR THE
ESTATE OF JEANETTE WEINAND,
DECEASED; AND KAREN PERRY,
INDIVIDUALLY,
                    Respondents.

No. 69976

FILED

JUL 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
            DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment upon a jury verdict and an amended judgment upon jury verdict. Eighth Judicial District Court, Clark County; James Crockett, Judge.

When our initial review of the docketing statement revealed that the challenged orders may not be appealable under NRAP 3A(b)(1) because claims remained pending in the district court, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. We granted appellant one extension of time to respond to our order, but denied her second request for an extension and directed that she file a response by June 8, 2017. We cautioned that failure to demonstrate that this court has jurisdiction may result in the dismissal of this appeal. To date, appellant has failed to file a response or otherwise

communicate with this court. Accordingly, appellant fails to demonstrate that this court has jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.    _____, J.
Parraguirre                         Stiglich


cc:    Hon. James Crockett, District Judge
       Stephen E. Haberfeld, Settlement Judge
       Peirce Law Offices
       Lanzone Morgan, LLP
       Lanzone Morgan/Long Beach
       Eighth District Court Clerk